IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

                    Plaintiff,

-vs-                                                    Criminal Action No.
                                                        22-00243-01-CR-W-HFS

STEVEN C. DANNER,

                    Defendant.

_____

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGE**:        Felon in Possession of Firearms, *in violation* of 18 U.S.C. §§
                           922(g)(1) and 924 (a)(2)

**TRIAL COUNSEL**:
            Government: Stephanie Bradshaw & Matthew Moeder
                 Case Agent: Detective Steve Cook - Independence, Missouri Police Department
            Defense:      Vincent Rivera


**OUTSTANDING MOTIONS**:   None

**ANTICIPATED MOTIONS**:   None

**TRIAL WITNESSES**:
            Government:   4-5 with stipulations; 5-6 without stipulations
            Defense:   4 witnesses; Defendant will not testify

**TRIAL EXHIBITS**:
            Government:   approximately 30 exhibits
            Defense:   approximately 5 exhibits

**DEFENSES**:
            ( x )    defense of general denial
            (   )    defenses of general denial and  _____

**POSSIBLE DISPOSITION**:
            ( x ) Definitely for trial                     (   ) Possibly for trial
            (   ) Motion to continue to be filed           (   ) Likely a plea will be worked out

**TRIAL TIME**:   **3 days**
      Government's case including jury selection:   2 days
      Defense case:   ½ - 1 day

**STIPULATIONS**:
      Stipulations have been offered and will be discussed as to:
          ( x )   chain of custody
          (  )   chemist's reports
          ( x )   prior felony conviction
          ( x )   interstate nexus of firearm
          (  )   other: _____

**UNUSUAL QUESTIONS OF LAW**:   None

**FILING DEADLINES:**

      **Witness and Exhibit Lists**:
      Government: April 17, 2023
      Defense: April 17, 2023
      **Counsel are requested to list witnesses in alphabetical order on their witness list.**

      **Exhibit Index, Voir Dire, Jury Instructions**:   April 17, 2023
      **Jury instructions must comply with Local Rule 51.1**

      **Motions in Limine**: April 17, 2023


**TRIAL SETTING**: Criminal jury trial docket commencing May 1, 2023
      **Please note**:   *The Government requests the second week of the docket because it currently has another case on the May docket,* <u>USA v. Wendell Clemons</u>*, 21-00115-CR-W-HFS, for which the first week was requested.   Defense counsel is not available if a third week of the docket would be necessary.*

**OTHER**:
      (  )   A _____-speaking interpreter is required.
      (  )   Other assistive devices: _____

      **IT IS SO ORDERED.**

                            */s/ Jill A. Morris*_____
                            JILL A. MORRIS
                            United States Magistrate Judge